No. 73–1982.   UNITED THEATRES OF FLORIDA, INC., DBA UNITED MINI-ADULT THEATRE, ET AL. v. GERSTEIN;

No. 73–2056.   UNITED THEATRES OF FLORIDA, INC., DBA UNITED MINI-ADULT THEATRE, ET AL. v. GERSTEIN; and

No. 73–2057.   UNITED THEATRES OF FLORIDA, INC., DBA UNITED MINI-ADULT THEATRE, ET AL. v. GERSTEIN. Dist. Ct. App. Fla., 3d Dist.   Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Little Beaver Theatre, Inc.* v. *Tobin,* 258 So. 2d 30 (Fla. App. 1972).   Reported below: No. 73–

1982, 259 So. 2d 215; Nos. 73–2056 and 73–2057, 259 So. 2d 210.